**Audrey BILLER, Petitioner-Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 76–2830

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Jan. 10, 1977.

Rehearing and Rehearing En Banc Denied Feb. 10, 1977.

B. J. Smith, Decatur, Ga., for petitioner-appellant.

Scott P. Crampton, Asst. Atty. Gen., Tax Div., Dept. of Justice, Gilbert E. Andrews, Jr., Act. Chief, App. Sect., Dept. of Justice, Meade Whitaker, Chief Counsel, Internal Revenue Service, Gary R. Allen, Tax Div., Francis J. Gould, Atty., Dept. of Justice, Washington, D. C., for respondent-appellee.

Before BROWN, Chief Judge, and GEWIN and MORGAN, Circuit Judges.

PER CURIAM:

The decision of the Tax Court is affirmed on the basis of its opinion, reported at 35 T.C.M. 406 (1976).